AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
MAY 1 2015
David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Pedro Perez-Ocampo<br>aka "Flaco"<br><br>Defendant(s) | )<br>)<br>) Case No. **H15-589 M**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  01/01/2010 continuing until 3/13/15  in the county of  Zapata  in the
 Southern  District of  TEXAS , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 963, 952(a), 960(a)(1) and (b)(1);<br>and<br>21 USC 841(a)(1) and 841(b)(1)(B), and 18 USC 2 | Conspiracy to import more than 1,000 kilograms of marijuana from Mexico into the United States; and<br>Possession with intent to distribute more than 100 kilograms (approximately 280 kilograms) of marijuana |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jerry D. Johnson, Special Agent FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: May 1 2015

_____
Judge's signature

City and state:  Houston, TX

Nancy K. Johnson, U.S. Magistrate Judge
_Printed name and title_

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Pedro Perez-Ocampo

Known aliases: 

Last known residence: C Guillermo Rodhe 407 Col Hidalgo, Guerrero Mexico

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: Anahuac, Nuevo Leon, Mexico

Date of birth: 07/04/1988

Social Security number: 

Height: 62   Weight: 120

Sex: Male   Race: Hispanic

Hair: BRO   Eyes: BRO

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 798742DD8

Complete description of auto: 

Investigative agency and address: FBI Laredo, 109 Shiloh Drive, Suite 430, Laredo, TX 78045

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*:

## AFFIDAVIT OF CRIMINAL COMPLAINT

I, Jerry D. Johnson, having been duly sworn, depose and state as follows:

1. I am a special agent of the Federal Bureau of Investigation assigned to the Organized Crime Drug Enforcement Task Force, Houston Division. I have been a Special Agent for the FBI since January of 2007. Since that time, and as part of my official duties, I have participated in investigations of drug trafficking, money laundering, complex conspiracies, and among other things, have conducted or participated in surveillances, the execution of search warrants, debriefings of informants and reviews of taped conversations. Through my training, education, and experience, I have become familiar with the manner in which drug traffickers and money launderers conduct their operations, including but not limited to, their methods of importing and distributing controlled substances, use of telecommunication devices to include cellular telephones and digital display paging devices, use of counter surveillance techniques, and use of numerical codes and coded and/or cryptic language, words, and references to conduct their transactions.

2. The Los Zetas Transnational Criminal Organization (TCO) represents one of seven major Drug Trafficking Organizations (DTO) that pose a grave threat to Mexican national security and to the U.S. counter-narcotics efforts. The Los Zetas TCO was originally started by a group of defectors from the Mexican Special Forces Unit Grupo Aeromovil de Fuerzas Especiales (GAFE) who were hired by Osiel Cardenas Guillen, the head of the Cartel del Golfo in 1999, to act as an enforcement/security arm for his organized criminal enterprise. The Los Zetas Cartel later broke from the Gulf Cartel after the capture and extradition of Osiel Cardenas. They have since become one of the largest organized crime groups in Mexico in terms of geographical presence.

3. The Los Zetas are known for their paramilitary style command and control structure. Each region of Mexico is broken into territories under the command of Regional Commanders. Each significant town or population center is controlled by plaza bosses.

4. Intelligence, source reporting, as well as human source reporting, indicate that the current Regional Commander of the northern region of Mexico, to include the states of Coahuilla, Taumalipas and Nuevo Leon, is Jose Manuel Saldivar-Farias, AKA Z-31, AKA "El Borrado".

5. Jose Manuel Saldivar-Farias, the previous plaza boss for Nueva Ciudad Guerrero, Tamaulipas, gained the status of Regional Commander after his brother, Juan Pedro Saldivar-Farias was captured by the Secretaria de Marina Armada de Mexico (SEMAR) on October 12, 2013. Juan Pedro Saldivar-Farias was subsequently detained at the CRESO prison in Matamoros, Tamaulipas, Mexico.

6. On the night of March 12, 2015 at approximately 9:30 p.m., Texas Department of Public Safety (DPS) Quick Reactionary Force (QRF) in conjunction with the Texas Air National

Guard were conducting fly-over operations over Falcon Lake, in support of DPS Operation Strong Safety, when they noticed, through the Forward Looking Infra Red system (FLIR), a boat traveling northward into the United States from Mexico at a high rate of speed. Suspecting that the individuals on board the boat were undocumented foreign nationals attempting to enter the United States illegally, the DPS QRF descended and fast roped down to intercept the subjects. Six individuals were observed. Four male individuals were apprehended. Members of the United States Border Patrol Tactical Unit (BORTAC) as well as agents from the Zapata Border Patrol Station arrived approximately ten minutes later. The four subjects were determined to be Mexican nationals with no legal status to be present in the United States. The four subjects were subsequently transported to the Zapata Border Patrol Station for processing. The four individuals in the group were later identified as associates of the Los Zetas cartel. The arrestees included Jose Manuel Saldivar-Farias, Pedro Perez-Ocampo, Emiliano Ramirez-Ramirez and Osiel Hernandez-Martinez.

7. Osiel Hernandez-Martinez is a known narcotics trafficker who operates in the Falcon Lake area, near Zapata, Texas. Hernandez-Martinez has admittedly smuggled multi ton quantities of marijuana over the Falcon Lake area as well as significant amounts of cocaine from the Zapata, Texas area to Laredo, Texas. Hernandez-Martinez specializes in utilizing Falcon Lake. Besides working as a smuggler, Hernandez-Martinez has also worked as a fisherman. Hernandez-Martinez has utilized his skills acquired through fishing for trafficking narcotics and specializes in the use of boats to cross narcotics in to the United States over water. Through his work as a fisherman and a smuggler, Hernandez-Martinez is familiar with those traffickers who bring their narcotics to the lake to be trafficked by the boatmen, such as himself, working on the lake.

8. On April 27, 2015, Hernandez-Martinez advised agents that Pedro Perez-Ocampo is a known independent trafficker of marijuana who utilizes local smugglers to smuggle his narcotics originating from the interior of Mexico. Hernandez-Martinez knows Perez-Ocampo by the nickname "Flaco." Hernandez-Martinez advised agents that he personally helped Perez-Ocampo smuggle multi-ton loads of marijuana from Mexico into the United States via boat across Falcon Lake into Zapata, Texas, within the past year. Hernandez-Martinez advised that the day he and Perez-Ocampo were arrested, they were in the process of coordinating the smuggling of the remainder of a multi-ton marijuana load into the United States via boat across Falcon Lake. Hernandez-Martinez further told agents that on the day of their arrest, Perez-Ocampo told him to lie to agents about his true identity and his involvement in drug trafficking and to tell agents he was merely an illegal alien trying to cross into the United States.

9. On April 23, 2015, CS1 admitted to agents that he/she was the driver of a load of marijuana weighing approximately 290 kilograms that was seized by the United States Border Patrol agents on February 27, 2015 in Zapata, Texas. CS1 advised agents that he/she had crossed earlier that day into Nueva Ciudad Guerrero to discuss the crossing of the aforementioned marijuana load with an individual he knew as "Flaco." CS1 then advised agents that "Flaco" was apprehended previously in the same boat as Jose Manuel Saldivar-Farias aka Z-31. CS1 was provided a photo-stack and picked out Pedro Perez-

      Ocampo as the individual he knew as "Flaco" and as the same individual who he met with on February 27, 2015 to coordinate the importation of that load of marijuana later seized by agents. CS1 advised agents that he/she has smuggled multiple loads of marijuana from Mexico into the United States with Perez-Ocampo within the past year.

10. Based on my experience and the aforementioned facts and observations, I believe there is probable cause to believe that Pedro Perez-Ocampo aka "Flaco" conspired to import a controlled substance from Mexico into the United States (more than 1,000 kilograms of marijuana) in violation of 21 USC 963, 952(a), 960(a)(1) and (b)(1) and possessed with intent to distribute more than 100 kilograms of marijuana (290 kilograms) in violation of Title 21 United States Code, Sections 846, 841 (a)(1) and 841 (b)(1)(b) and Title 18 United States Code 2.

_____
Jerry D. Johnson
Special Agent, FBI

Sworn to and subscribed before me and I find probable cause on this the ___ day of April, 2015

_____
Nancy K. Johnson
United States Magistrate Judge